**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Civil Action Number: 15-cv-11081**

ANCEL MONTENELLI,

    Plaintiff,

vs.

DIRECT PHONE FIX, LLC
d/b/a DIRECT PHONE FIX
and LAKESIDE BANK COMMUNITY DEVELOPMENT
L.L.C.

    Defendants.

---

**NOTICE OF SETTLEMENT AND MOTION FOR ENTRY OF AN**
**ORDER OF DISMISSAL WITH PREJUDICE**

---

    COMES NOW Plaintiff Ancel Montenelli and hereby files his Notice of Settlement and Motion for Entry of an Order of Dismissal in the above styled case and hereby request the Court to issued its Order of Dismissal with prejudice as to Defendants Direct Phone Fix, LLC and Lakeside Bank Community Development L.L.C.

    Counsel for the Plaintiff desires to have this Court retain jurisdiction to enforce any future obligations under the settlement agreement. Counsel for the Plaintiff represents that counsel for the Defendant has stipulated to dismissal with prejudice.

    WHEREFORE, Plaintiff requests this Honorable Court to enter an Order of Dismissal with prejudice as to Defendants Direct Phone Fix, LLC and Lakeside Bank Community Development L.L.C..

    Dated this 15th day of February, 2016.

*s/Scott Dinin*
*Sc*ott R. Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7TH Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Email: inbox@dininlaw.com
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th of February, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/EC, which will send notification of such filing electronically to the following:

Vince Tolve
Lakeside Bank
Attorney for Defendant
55 W. Wacker Dr. Ste 100
Chicago, Illinois
Telephone No.: (312) 435-1634
Facsimile No.: (312)-435-1634
Email: vtolbe@lakesidebank.com and
*Attorney for Defendant Lakeside Bank Community Development L.L.C.*

Valentin Quintero
Direct Phone Fix, LLC
valesspot@yahoo.com
*Representative for Direct Phone Fix, LLC*